ACCEPTED
12-17-00099-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/1/2017 9:57 AM
Pam Estes
CLERK

## NO. 12-17-00099-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | |
| | § | | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| **VS.** | § | **TWELFTH COURT** | 12/1/2017 9:57:30 AM |
| | § | | PAM ESTES |
| **HEATH BYRON WHITESIDE** | § | **OF APPEALS** | Clerk |

## MOTION TO DISMISS APPEAL

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Heath Byron Whiteside, Appellant in the above styled and numbered case, having timely filed his appellant's brief on November 6, 2017, before the decision in this Court has been delivered, and respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.

Appellant, pursuant to this Court's order, personally appeared before the trial court on November 29, 2017, and, under oath, stated his desire to dismiss this appeal (see Exhibit "A," attached and incorporated by reference).

Respectfully submitted,

PATRICK G BARKMAN
13 N. Main Street
P.O. Box 1063
Cleburne, Texas 76033-1063
Tel: (817) 558-4719
Fax: (817) 645-3100

By: _____

Patrick G. Barkman
State Bar No. 24001236
Patrick@BarkmanLawyer.com
Attorney for Heath Byron Whiteside

## CERTIFICATE OF SERVICE

This is to certify that on December 1, 2017, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Johnson County, Guinn Justice Center, 204 South Buffalo Street, Cleburne, Texas 76033, by fax to 817-556-6814.

_____

Patrick G. Barkman

STATE OF TEXAS      §
                            §

COUNTY OF JOHNSON      §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Patrick G. Barkman, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct."

_____
Patrick G. Barkman
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on December 1, 2017, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

GINA T GILBERT
Notary Public
STATE OF TEXAS
ID#10678858
My Comm. Exp. Dec. 20, 2020

SUPPLEMENTAL REPORTER'S RECORD
VOLUME 1 OF 1 VOLUME
TRIAL COURT CAUSE NO. F50700
COURT OF APPEALS NUMBER 12-17-00099-CR

THE STATE OF TEXAS ) IN THE DISTRICT COURT
)
)
)
VS. ) JOHNSON COUNTY, TEXAS
)
)
)
HEATH BYRON WHITESIDE ) 18TH JUDICIAL DISTRICT

--------------------------------

HEARING

--------------------------------

On the 29th day of November, 2017, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable John E. Neill, Judge presiding, held in Cleburne, Johnson County, Texas;

Proceedings reported by machine shorthand.



APPEARANCES

Mr. Patrick Barkman
ATTORNEY AT LAW
SBOT NO. 24001236
13 N. Main
Cleburne, Texas  76033
Phone:  817/558-4719
ATTORNEY FOR THE DEFENDANT

CHRONOLOGICAL INDEX

|                              | PAGE | VOL. |
|------------------------------|------|------|
| NOVEMBER 29, 2017 HEARING    |      |      |
| Proceedings................. | 4    | 1    |
| Court Adjourned............. | 7    | 1    |
| Court Reporter's Certificate.| 8    | 1    |

LASER BOND FORM B   PENGAD • 1-800-631-6989 • www.pengad.com

P R O C E E D I N G S

THE COURT: Heath Byron Whiteside. This is our Cause Number, 18th District Court, F50700.

You are Heath Byron Whiteside, correct, sir?

THE DEFENDANT: Yes.

THE COURT: Mr. Whiteside, you were brought up as directed by the Court of Appeals for the Twelfth Court of Appeals District in Tyler to make inquiry into four different areas. And we'll just take up each area individually.

Before we do that, I'm going to ask you to raise your right hand to be sworn.

(Defendant Sworn)

THE COURT: Inquiry into question number one whether the Appellant, Mr. Whiteside, still desires to prosecute his appeal. And before I ask you that question, sir, have you had a chance to talk to your attorney about these issues?

THE DEFENDANT: I have.

THE COURT: Mr. Barkman, is here to your left and can you tell me, sir, whether you still desire to prosecute your appeal?

THE DEFENDANT: I do not.

THE COURT: You've talked to him, Mr.

Barkman, about this issue?

MR. BARKMAN: I have, Judge. The issue that came up was - I have already submitted my appellate brief - based upon the issues that are before the Court of Appeals I had a concern that the best result I could achieve for Mr. Whiteside would be that the Court of Appeals might order a new trial in which case, given the facts of this case and how the case was decided and the fact that the jury sentenced him at the low end of the punishment range and refused to make a deadly weapon finding, that it could be a worse situation for him if he came back and had a retrial. He might win on appeal and be worse off at the end of a retrial so I did want to discuss that matter with him. But his family is here today and I learned for the first time and Mr. Whiteside learned for the first time that he has already made parole. And having discussed that with him, I think Mr. Whiteside has decided it would not be in his best interest to continue to pursue the appeal.

THE COURT: All right. Do you intend then to file a Motion To Dismiss?

MR. BARKMAN: I will, Judge.

THE COURT: All right. I'm not going to go over the other three issues then.

MR. BARKMAN: One other thing I did want to

say, Judge. And I'll offer this to the Court.

The Court of Appeals sent you a letter saying that I had not timely submitted a brief or responded to the Court of Appeals. And I wanted to show the Court my receipt showing that I filed the brief at 4:55 p.m. on the date it was due, which is November 6th of 2017. I know the Court places trust in me in keeping me on the appellate list and I don't want the Court to ever think that I don't take this seriously or that I would let a deadline pass and not respond to it. I have no idea why the Court of Appeals doesn't recognize what the rules say, which is that things are timely filed when I upload them and not when they're downloaded by the Court of Appeals. But nevertheless, I wanted to let the Court know that I do take this seriously and that I file things when they're due and I make sure that it gets done and I try to take good care of my clients on appeal.

THE COURT: And I will note for the record that you always have in the past and we have no issues between you and I. I appreciate that.

MR. BARKMAN: Thank you, Judge.

THE COURT: Thank you. If you will file your dismissal, I would appreciate it.

MR. BARKMAN: I will, Judge.

THE COURT:  Thank you.

MR. BARKMAN:  Thank you.

(Court Adjourned)

REPORTER'S CERTIFICATE

THE STATE OF TEXAS )
COUNTY OF JOHNSON )

I, Renee Hall, Official Court Reporter in and for the 18th District Court of Johnson County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by the Twelfth Court of Appeals to be included in this volume of the Reporter's Record, in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered and/or admitted by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record is $40.00 and will be paid by Johnson County.

WITNESS MY OFFICIAL HAND this the 29th day of November, 2017.

_/s/ RENEE HALL_____
Renee Hall, Texas CSR 3280
Expiration Date: 12/31/2018
Official Court Reporter
18th District Court
204 South Buffalo
Cleburne, Texas 76033
817/556-6822